UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE:    MARK THUESEN, | Case No.   13-37041 |
| Debtor. | Chapter 13 |
| FIRST NATIONAL BANK OF OMAHA, | |
| Plaintiff, | |
| v. | |
| MARK THUESEN, | A.P. No. 14-03172 |
| Defendant. | Hon.  JUDGE BROWN |

**NOTICE OF JOINT DISMISSAL**

Comes Now Plaintiff, First National Bank of Omaha, and Defendant, Mark Thuesen, pursuant to Bankruptcy Rule of Procedure 7041 and Federal Rule of Procedure 41, provides this Court Notice that they agree to voluntarily dismissal of this Adversary Proceeding with prejudice.

Dated: August 20, 2014

FIRST NATIONAL BANK OF OMAHA

*/s/ Brendetta Anthony Scott*
Brendetta Anthony Scott
TBN: 24012219
10101 Southwest Freeway
Ste 400
Houston, TX 77074
7134441845
Fax: 7134810205
Email: bscott_law@yahoo.com

Mark Thuesen
PO Box 540365
Houston, TX 77254
xtraderweb@hotmail.com